


IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIANNE LATTAL, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation, | : NO. 1-08-CV-0971 JOF |
| Defendant. | : |

## COMPLAINT FOR DAMAGES

### INTRODUCTION

1. This is an action for damages against the defendant for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

### SUBJECT MATTER JURISDICTION

2. Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. section 1692k(d) and 28 U.S.C. section 1337 (federal question jurisdiction).

## PARTIES AND PERSONAL JURISDICTION

3. Plaintiffs are residents of this State, District and Division who are authorized by law to bring this action.

4. Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC., is a company formed under the laws of the state of New Jersey. [Hereinafter, said defendant is referred to as "ARM"]

5. ARM is subject to the jurisdiction and venue of this Court.

6. ARM may be served by personal service upon its registered agent in the State of Georgia, to wit: C T Corporation System, 1201 Peachtree Street NE, Atlanta, GA 30361.

7. Alternatively, ARM may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the states of Georgia or New Jersey.

## FACTS COMMON TO ALL CAUSES

8. ARM uses telephone communications in its business.

9. The principle purpose of ARM's business is the collection of debts.

10. ARM regularly collects or attempts to collect debts owed or due, or asserted to be owed or due, another.

11. ARM is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

12. In the course of attempting to collect a debt allegedly due from Plaintiffs to a business not a party to this litigation, ARM communicated with Plaintiffs in a manner which violated the Federal Fair Debt Collection Practices Act.

13. In or around February and March of 2008, ARM left a series of voice messages for Plaintiff requesting a return call.

14. In the February and March 2008 phone messages, the callers did not state the name of the company they work for.

15. In the February and March 2008 phone messages, the callers did not state that the communications were from a debt collector.

16. In the February and March 2008 phone messages, the callers did not state that the communications were an attempt to collect a debt.

17. Defendant's communications violate the Fair Debt Collection Practices Act.

18. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSES OF ACTION

## COUNT ONE: FAIR DEBT COLLECTION PRACTICES ACT

19. The acts of Defendant constitute violations of the Fair Debt Collection Practices Act.

20. Defendant's violations of the FDCPA include, but are not limited to, the following:

21. The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

22. The use of any false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e; and

23. The failure to disclose in subsequent communications that the communication is from a debt collector, in violation of 15 U.S.C. § 1692e(11).

24. As a result of the defendant's actions, the plaintiff is entitled to an award of statutory damages, as well as an award of costs and attorney fees.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF, AS FOLLOWS:

a) That Plaintiff be awarded statutory damages;

b) That Plaintiff be awarded the expenses of litigation including a reasonable attorney fee;

c) That the Court declare each and every defense raised by Defendant to be insufficient; and

d) That the Court grant such further and additional relief as is just in the circumstances.

Respectfully submitted,

THE LAW OFFICES OF JAMES M. FEAGLE, P.C.

by: _____
James M. Feagle
Attorney for Plaintiff
Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970